E-FILED
Wednesday, 27 August, 2025  09:29:14 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                         Plaintiff,          )<br>                                                              )<br>              v.                                          )      Case No. 25-CR-40007<br>                                                              )<br>DONOVAN JAMES                            )<br>CARTWRIGHT-NYE,                         )<br>                                                              )<br>                         Defendant.       ) | |

**PRELIMINARY ORDER OF FORFEITURE**

THIS MATTER coming before the Court on the Government's Motion for entry of a Preliminary Order of Forfeiture upon Defendant Donovan James Cartwright-Nye's plea of guilty, and pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1.    The Indictment provided notice of criminal forfeiture to the defendant, and the Government now seeks forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), of all firearms, magazines, and ammunition involved in the commission of the charged offense, including, but not limited to, the following:

- A Taurus G2C 9mm pistol.

2.    On August 14, 2025, the defendant pleaded guilty to Count One of the Indictment and admitted the conduct giving rise to the forfeiture allegation. (Minute Entry 08/14/25)

3. Based upon the defendant's admissions at the time of his change of plea hearing, the United States has established the requisite nexus between the property sought to be forfeited and the offense to which the defendant has pleaded guilty.

Accordingly, the Government's Motion for a Preliminary Order is GRANTED, and it is hereby ORDERED, ADJUDGED and DECREED as follows:

A. The defendant's right, title, and interest in and to all firearms, magazines and ammunition involved in the commission of the charged offense, including, but not limited to, the following:

- A Taurus G2C 9mm pistol,

is hereby forfeited to the United States of America, and the United States is hereby authorized to seize said property for disposition in accordance with the law subject to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

B. The above-mentioned property is to be held by the United States until further order of this Court.

C. Pursuant to Title 21, United States Code, Section 853(n), the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order and the Government's intent to dispose of the property in the manner prescribed by the Attorney General, and notice that any person other than the defendant having or claiming a legal interest in the property must file a petition with the Court and serve a copy on John D. Hoelzer, Assistant United

States Attorney, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. Publication may consist of posting notice for a period of thirty days on [www.forfeiture.gov](www.forfeiture.gov), an internet site maintained by the U.S. Department of Justice.

      D.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATE: August 26, 2025

s/ Jonathan E. Hawley

UNITED STATES DISTRICT JUDGE